UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KATHERINE HORRIGAN,

     Plaintiff,

v.                                                   Case No: 8:15-cv-2918-T-35JSS

METROPOLITAN LIFE INSURANCE
COMPANY,

     Defendant.

_____/

**ORDER**

THIS MATTER is before the Court on Plaintiff's Motion for Leave to Seek Limited, Specific Discovery ("Motion"). (Dkt. 20.) In light of the parties' notice of settlement of this proceeding (Dkt. 21), the Motion is moot. Accordingly, it is

**ORDERED** that the Motion (Dkt. 20) is **DENIED** as moot, but without prejudice to Plaintiff to renew the Motion if necessary.

**DONE** and **ORDERED** in Tampa, Florida on June 9, 2016.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record